Scott O. JOHNSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 594, 2015

Supreme Court of Delaware.

Submitted: April 15, 2016
Decided: July 14, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID No. 1401018261.

AFFIRMED.

Julian BODNARI, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 163, 2016

Supreme Court of Delaware.

Submitted: May 18, 2016
Decided: July 18, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID No. 9909027880.

AFFIRMED.

Patrick HENRY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 362, 2015

Supreme Court of Delaware.

Submitted: May 20, 2016
Decided: July 18, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID Nos. 0609021733 and 0610025087.

AFFIRMED.